AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| _Zsolt Lendvai_ | ) Case No. mj 11-1159-RBC |
| Defendant | ) |

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: _DEC 2 2 2011_

_____
Defendant's signature

_____
Signature of defendant's attorney

_Stylianus   Sinn_ / 560148
Printed name and bar number of defendant's attorney

_Boston, MA_
Address of defendant's attorney

_stellia.simis@fds.org_
E-mail address of defendant's attorney

_(617)   223-8061_
Telephone number of defendant's attorney

_(617)   223-8080_
FAX number of defendant's attorney