# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                   MAGISTRATE JUDGE'S DOCKET
                            NO. 2011-MJ-1159RBC-01

ZSOLT LENDVAI,
    Defendant.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared with counsel on December 22, 2011. At that time, after being fully informed of his rights, the defendant waived his right to a preliminary hearing pursuant to Rule 5.1, Fed.R. Crim. P.

    Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held for further proceedings.

    Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

/s/ Robert B. Collings

December 22, 2011.

ROBERT B. COLLINGS
United States Magistrate Judge